**91–449.**  Ohio Assn. of Pub. School Emp./AFSCME, AFL–CIO v. Lorain Cty. Bd. of Mental Retardation & Developmental Disabilities. *Franklin County,* No. 89AP–821. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–809.**  State v. Greathouse. *Franklin County,* No. 90AP–306. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–1026.**  State v. Cepec. *Medina County,* Nos. 1945 and 1946. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–1097.**  Cincinnati v. Reque. *Hamilton County,* Nos. C–910164, C–910165, C–910166, C–910167, C–910168, C–910169, C–910170, C–910171, C–910172 and C–910173. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–1109.**  State v. Buckley. *Stark County,* No. CA–8212. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–1230.**  Eagle Properties v. Concord Twp. *Lake County,* No. 89–L–14–136. Cause dismissed, on appellant's application for dismissal, effective September 10, 1991.

**91–1276.**  State v. Marshall. *Clinton County,* No. CA90–04–010. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–1338.**  Eve v. Rutledge. *Union County,* No. 14–90–16. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–1363.**  State v. Griffin. *Cuyahoga County,* No. 57673. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–1376.**  Haller v. Haller. *Cuyahoga County,* No. 58739. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–1407.**  State v. Nipper. *Butler County,* No. CA89–03–046. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–1436.**  Wagner v. Goodknight. *Franklin County,* No. 91AP–167. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

*Wednesday, September 18, 1991*
## MERIT DOCKET

**91–783.**  In re Petition for a Writ of Habeas Corpus by Hinton–Bey. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–931.**  Kentucky v. State. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1139.**  State v. Fears. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

SWEENEY, HOLMES, DOUGLAS and RESNICK, JJ., concur.

MOYER, C.J., WRIGHT and H. BROWN, JJ., would issue a show cause order.

**91–1147.**  Freeman v. State. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1151.**  Jefferson v. Brigano. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1174.**  Henson v. Morris. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.